UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:24-CR-23-KAC-JEM |
| ORONDE M. GRAHAM, JAMIL A. DOUGLAS, MARVIN B. CHANEY, and EMILY M. LONG, | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Oronde Graham's Motion to Continue Trial [Doc. 42], filed on June 12, 2024.

In support of his motion, Defendant Graham asserts that he made his initial appearance in the Eastern District of Michigan on April 3, 2024, and was arraigned in this district on April 26, 2024. Defendant states that the Government has provided some discovery in his case and that defense counsel received additional forensic cell phone evidence on June 12, 2024. He argues that discovery is voluminous, and counsel has requested, but has not yet received, several more items of discovery, including search warrants. As Defendant Graham is currently detained in Laurel County, Kentucky, it will take additional time for counsel to meet with him to review discovery and prepare for trial. Finally, Defendant informs the Court that counsel for the Government and all Codefendants do not object to this motion. Defense counsel for Defendants Graham, Douglas, Chaney, and Long confirmed with Chambers via email that Defendants understand their right to a speedy trial and agree to the requested continuance.

Based upon the information in the motion to continue and because the Government and all Codefendants do not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i)–(iv). Defense counsel for Defendant Graham needs more time to time to review, discuss, and evaluate discovery with Defendant, determine if any pretrial motions are appropriate, and otherwise prepare for trial. The Court finds that all of this cannot occur before the August 27, 2024 trial date.

The Court therefore **GRANTS** Defendant Oronde Graham's Motion to Continue Trial [**Doc. 42**]. The trial of this case is reset to **November 12, 2024**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all of the time between the filing of the motion on June 12, 2024, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Oronde Graham's Motion to Continue Trial [**Doc. 42**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **November 12, 2024, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **June 12, 2024**, and the new trial date of **November 12, 2024**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing pretrial motions is extended to **July 12, 2024**, and responses to motions are due on or before **July 26, 2024**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **October 11, 2024**;

(6) the deadline for filing motions *in limine* is **October 28, 2024**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **October 29, 2024, at 10:30 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **November 1, 2024**.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge